No. 98–1092. GONZALEZ-NAVARRO ET AL. v. BONILLA ET AL.; and

No. 98–1425. BONILLA ET AL. v. VOLVO CAR CORP.; and BONILLA ET AL. v. TREBOL MOTORS CORP. ET AL. C. A. 1st Cir. Certiorari denied. Reported below: No. 98–1092, 150 F. 3d 77; No. 98–1425, 150 F. 3d 62 (first judgment) and 77 (second judgment).

No. 98–1201. MATSUSHITA ELECTRIC CO. ET AL. v. ZIEGLER. C. A. 11th Cir. Certiorari denied. 

No. 98–1211. KANOWITZ FRUIT & PRODUCE CO., INC. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–1303. KLEIN v. COURTWRIGHT ET AL. C. A. 11th Cir. Certiorari denied. 

No. 98–1360. MONTIONE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 98–1377. ROBERTSON ET UX. v. NEUROMEDICAL CENTER ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–1382. PULITZER PUBLISHING CO. v. GODFREY ET AL. C. A. 8th Cir. Certiorari denied. 

No. 98–1386. INGLE ET AL. v. DOW CORNING CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1393. STUN-TECH, INC. v. R. A. C. C. INDUSTRIES, INC. C. A. Fed. Cir. Certiorari denied. 

No. 98–1394. KING v. HERBERT J. THOMAS MEMORIAL HOSPITAL ASSN. C. A. 4th Cir. Certiorari denied. 

No. 98–1395. POLAROID CORP. v. OFFERMAN, NORTH CAROLINA SECRETARY OF REVENUE. Sup. Ct. N. C. Certiorari denied.